## Hall's Motor Transit Company v. New Penn Motor Express, Inc., Appellant.

Argued September 21, 1971. *Allen H. Krause,* with him *James L. Atkins,* for appellant; *George E. Christianson,* with him *John E. Fullerton,* for appellee.

Judgment affirmed.